**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 11 2024

___ ___ H. TOWNS, CLERK

By: ___ DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**_____ DIVISION**

**CASE NO.** 4:23-cv-00648-BSM

**Jury Trial:** ☑ Yes ☐ No
**(Check One)**

I.    **Parties**

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: Derrick L. Russell
       ADC # 266367

       Address: 3201 West Roosevelt Road Little Rock, AR 72204

       Name of plaintiff: _____
       ADC # _____

       Address: _____

       Name of plaintiff: _____
       ADC # _____

       Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: Melanie Martin

       Position: 3rd Division District Judge

       Place of employment: Little Rock District Court Criminal Division

       Address: 600 West Markham Street Little Rock, AR 72201

       Name of defendant: Janeeka Tate

       Position: Deputy Circuit Clerk

-4-

Place of employment: *Little Rock District Court Criminal Division*

Address: *600 West Markham Street Little Rock, AR 72201*

Name of defendant: *Aaron K. Martin / O. Lackey*

Position: *Officer #29124 / Aaron Martin /*

Place of employment: *Little Rock Police Department /*

Address: *3917 W. 12th Street LR, AR 72204*

Name of defendant: *Arielle Niesbet Deputy Cl*

Position: *Deputy Clerk*

Place of employment: *Little Rock District Court Criminal Division*

Address: *600 West Markham Street Little Rock, AR 72201*

II.    Are you suing the defendants in:

☐   official capacity only
☐   personal capacity only
☒   both official and personal capacity

III.   Previous lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: *Derrick L. Russell*

Defendants: *Melanie Martin, Aaron K. Martin, Arielle Nisbett, Janeeka Tate, O. Lackey, Eric S. Higgins*

☑ Court (if federal court, name the district; if state court, name the county):

_District Court / Circuit Court of Pulaski county_

☑ Docket Number: _22-4234 Circuit/ 22-4127/District_

☑ Name of judge to whom case was assigned: _Latonya Honorable_

☑ Disposition: (for example: Was the case dismissed?  Was it appealed?
Is it still pending?) _Still pending as of April 4, 2024_

☑ Approximate date of filing lawsuit: _7-5-23_

☑ Approximate date of disposition: _10-16-22_

IV. Place of present confinement: _Pulaski County Regional Detention Facility_

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_✓_ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_   No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? _Yes_

-6-

Yes ✓   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is
involved.  Include also the names of other persons involved, dates, and places.  Do not give
any legal arguments or cite any cases or statutes.  If you intend to allege a number of related
claims, number and set forth each claim in a separate paragraph.  (Use as much space as you
need.  Attach extra sheets if necessary.)

State of Arkansas District Court and
the City of Little Rock Law enforcements did
not arrest me of 10-23-21 I was taken to 12th
Street Police Station given a urine speciment test
on 10-23-21 by officer twrus Harris he checked
it and i was released on 10-23-21 brought back
to Crime Scene and let go. On 10-16-22 i had
a accident on Asher Avenue the City of Little Rock
and District Court had a warrant out for my arrest
that i was let go from. Didn't get served no warrant
Papers to my address by no 1 was arrested on
10-16-22 for that Negligent Homicide that clearly
Zachary Triano was intoxicated on 10-23-21 and ran
in front of my car and tore it up Loss of Car
belongings. From being arrested illegally by the
State of Arkansas of a accident that i was not
intoxicated on Neither Day 10-16-22 accident neither.
Wasn't served a warrant by no Detectives 60 days from 10-23-21
With no Judges Stamp or Date.

7

VIII.   Relief *500,000 punitive Damages, 500,000 Compensatory Damages, 500,000 injunctive Damages.*

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

*I want this unlawful arrest, Racial Profiling by State of Arkansas brought forward and addressed and them being served and this brought to Justice. For them violating my rights and trying to incriminate my name.*

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this *17* day of *February*, 20*24*.

*Derrick L. Russell*

*Derrick L. Russell*

_____
Signature(s) of plaintiff(s)

-8-

From: Derrick Russell
201 South Laurel
North Little Rock, AR 72114



LITTLE ROCK AR 720
6 MAR 2024  PM 4  L
★ U S A ★ F O R E V E R ★

PULASKI
REGIONAL DETENTION
FACILITY

United States District Court
600 W. Capital Avenue
Suite A-149
72201-b9991le Rock AR
Clerk Office