IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRICK L. RUSSELL**                                                         **PLAINTIFF**
*#266367*

v.                   **CASE NO. 4:23-CV-00648-BSM**

**ERIC S. HIGGINS,** *et al.*                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE